GRAHAM**HOLLIS** APC
Graham S.P. Hollis (SBN 120577)
ghollis@grahamhollis.com
Nathan Reese (SBN 283150)
nreese@grahamhollis.com
3555 Fifth Avenue Suite 200
San Diego, California 92103
Telephone: 619.692.0800
Facsimile: 619.692.0822

Attorneys for Plaintiff MEGAN ROUGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN ROUGH, individually and on behalf of all similarly situated current and former employees of DEFENDANTS in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendant. | Case No.: 2-19-CV-01340-MCE-DB<br><br>**ORDER GRANTING PLAINTIFF ROUGH'S *EX PARTE* APPLICATION FOR MODIFICATION OF SCHEDULING ORDER TO PERMIT FURTHER DISCOVERY AND CONTINUE THE DATES ASSOCIATED WITH CLASS CERTIFICATION**<br><br>Judge: Hon. Morrison C. England, Jr.<br>Courtroom: 7<br>Magistrate Judge: Hon. Deborah Barnes<br><br>First Amended Complaint Filed: August 12, 2020<br>Complaint Filed: May 28, 2019<br>Removal Date: July 17, 2019 |

Plaintiff has applied *ex parte* for modification of the Scheduling Order [Dkt. No. 24]. Plaintiff seeks a continuance of the deadline for completion of class certification discovery and dates associated with the filing, opposition, and reply of Plaintiff's motion for class certification.

---
1
**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR MODIFICATION OF SCHEDULING ORDER**

Good cause appearing, Plaintiff's Ex Parte Application is GRANTED and IT IS HEREBY ORDERED that the Scheduling Order is modified as follows:

1. Non-expert discovery shall be completed by March 12, 2021;

2. Plaintiff shall file her Motion for Class Certification no later than March 22, 2021;

3. The deadline to file opposition briefs regarding class certification is April 19, 2021.

4. The deadline to file a reply brief regarding class certification is May 3, 2021.

5. The remaining Court ordered dates shall remain unchanged.

IT IS SO ORDERED.

Dated:  January 19, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE