1  GRAHAM**HOLLIS** APC
   Graham S.P. Hollis (SBN 120577)
2  ghollis@grahamhollis.com
   Nathan J. Reese (SBN 283150)
3  nreese@grahamhollis.com
   Nora J. Steinhagen (SBN 338969)
4  nsteinhagen@grahamhollis.com
   3555 Fifth Avenue Suite 200
5  San Diego, California 92103
   Telephone: 619.692.0800
6  Facsimile: 619.692.0822

7  Attorneys for Plaintiff MEGAN ROUGH

8  SEYFARTH SHAW LLP
   David D. Jacobson (SBN 143369)
9  djacobson@seyfarth.com
   Geoff Westbrook (SBN 281961)
10 gwestbrook@seyfarth.com
   2029 Century Park East, Suite 3500
11 Los Angeles, California 90067-3021
   Telephone: (310) 277-7200
12 Facsimile: (310) 201-5219
   Attorneys for Defendant
13
   COSTCO WHOLESALE CORPORATION
14
                    UNITED STATES DISTRICT COURT
15
                  EASTERN DISTRICT OF CALIFORNIA
16

17 MEGAN ROUGH, individually and on       Case No.: 2-19-CV-01340-MCE-DB
   behalf of all similarly situated current
18 and former employees of                [*Assigned to District Judge Morrison C.
   DEFENDANTS in the State of             England, Jr.*]
   California,
19                                         **JOINT STIPULATION TO CONTINUE**
                    Plaintiff,             **DEADLINE FOR PLAINTIFF TO**
20                                         **MOVE TO REOPEN DISCOVERY;**
         v.                                **ORDER THEREON**
21
   COSTCO WHOLESALE
22 CORPORATION, Delaware corporation;      Complaint Filed: May 28, 2019
   and DOES 1-50, inclusive,               Removal Date: July 17, 2019
23
                    Defendant.
24

25

26 / / /

27 / / /

28                                    1
   **JOINT STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFF TO MOVE TO REOPEN DISCOVERY;**
                              **ORDER THEREON**

Graham**HOLLIS** APC
3555 Fifth Avenue Suite 200
San Diego, California 92103

1    **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

2    Plaintiff Megan Rough ("Plaintiff") and Defendant Costco Wholesale Corporation

3 ("Defendant") (collectively, the "Parties") respectfully submit this Joint Stipulation and

4 seek an Order to continue Plaintiff's deadline to move to reopen discovery for good cause

5 and based on the following:

6    1.    WHEREAS, on April 14, 2023, the Parties submitted a Joint Status Report

7 (Dkt. No. 91) in which Plaintiff indicated she would seek to reopen discovery, and

8 Defendant indicated that it would oppose the reopening of discovery;

9    2.    WHEREAS, on April 25, 2023, the Court issued a Minute Order directing the

10 Parties to contact the Magistrate Judge regarding the scheduling a settlement conference

11 and setting a deadline of May 19, 2023 for Plaintiff to move to reopen discovery;

12    3.    WHEREAS, the Parties conferred to determine a mutually convenient date for

13 a settlement conference, and the Parties have scheduled a settlement conference on the first

14 available mutually convenient date, which is September 18, 2023;

15    4.    WHEREAS, no trial date has been set by the Court; and

16    5.    WHEREAS, the Parties believe that it will conserve judicial resources and

17 prevent unnecessary motion practice if the deadline for Plaintiff to move to reopen

18 discovery is continued to 30 days after the settlement conference.

19

20    THEREFORE, it is agreed that the Court should continue the deadline for the

21 Plaintiff to move to reopen discovery to 30 days following the settlement conference,

22 which is October 18, 2023.

23

24 / / /

25 / / /

26 / / /

27 / / /

28
GRAHAMHOLLIS APC
3555 FIFTH AVENUE SUITE 200
SAN DIEGO, CALIFORNIA 92103

2

**JOINT STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFF TO MOVE TO REOPEN DISCOVERY;**
**ORDER THEREON**

1  Respectfully submitted,

2

3  Dated: May 9, 2023                    GRAHAM**HOLLIS** APC

4

5                                   By: */s/ Nora Steinhagen*
                                        NORA J. STEINHAGEN
6                                       Attorney for Plaintiff
                                        MEGAN ROUGH
7
   Dated: May 9, 2023                    SEYFARTH SHAW LLP
8

9

10                                  By: */s/ David Jacobson (with permission)*
                                        GEOFF WESTBROOK
                                        DAVID D. JACOBSON
11                                      Attorney for Defendant
                                        Costco Wholesale Corporation
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        3
   **JOINT STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFF TO MOVE TO REOPEN DISCOVERY;**
                                **ORDER THEREON**

GRAHAM**HOLLIS** APC
3555 FIFTH AVENUE SUITE 200
SAN DIEGO, CALIFORNIA 92103

## ORDER

Based on the joint stipulation filed by the Parties, and good cause appearing, the Court hereby ORDERS as follows:

1. The May 19, 2023 deadline for Plaintiff to move to reopen discovery is hereby continued to October 18, 2023.

**IT IS SO ORDERED.**

Dated:  May 17, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

GRAHAM**HOLLIS** APC
3555 FIFTH AVENUE SUITE 200
SAN DIEGO, CALIFORNIA 92103

1
**JOINT STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFF TO MOVE TO REOPEN DISCOVERY;
ORDER THEREON**