UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN ROUGH, individually and on behalf of all similarly situated current and former employees of DEFENDANTS in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 2:19-cv-01340-MCE-DB<br><br>**ORDER RELEASING TO DEFENDANT'S COUNSEL A COPY OF THE SEALED SEPTEMBER 18, 2023 SETTLEMENT CONFERENCE TRANSCRIPT OF PROCEEDINGS**<br><br><br>Complaint filed: May 28, 2019<br>Action removed: July 17, 2019 |

The Court hereby will release a copy of the sealed transcript of proceedings of the Mandatory Settlement Conference held on September 18, 2023 concerning this matter, to counsel for Defendant COSTCO WHOLESALE CORPORATION, David D. Jacobson.

IT IS SO ORDERED.

Dated: September 19, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
ORDER RELEASING TO DEFENDANT'S COUNSEL A COPY OF THE SEALED SEPTEMBER 18, 2023 SETTLEMENT CONFERENCE TRANSCRIPT OF PROCEEDINGS
98618979v.1