GRAHAM**HOLLIS** APC
Graham S.P. Hollis (SBN 120577)
ghollis@grahamhollis.com
Nathan J. Reese (SBN 283150)
nreese@grahamhollis.com
Nora J. Steinhagen (SBN 338969)
nsteinhagen@grahamhollis,com
3555 Fifth Avenue Suite 200
San Diego, California 92103
Telephone: 619.692.0800
Facsimile: 619.692.0822

Attorneys for Plaintiff MEGAN ROUGH

SEYFARTH SHAW LLP
David D. Jacobson (SBN 143369)
djacobson@seyfarth.com
Geoff Westbrook (SBN 281961)
gwestbrook@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219
Attorneys for Defendant

COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN ROUGH, individually and on behalf of all similarly situated current and former employees of DEFENDANTS in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendant. | Case No.: 2-19-CV-01340-MCE-DB<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Judge:    Hon. Morrison C. England, Jr.<br>Magistrate Judge:  Hon. Carolyn K. Delaney<br><br><br>Complaint Filed: May 28, 2019<br>Removal Date: July 17, 2019 |

1
STIPULATION FOR DISMISSAL PURSUANT TO RULE 41 OF THE FEDERAL RULES OF
CIVIL PROCEDURE

Plaintiff Megan Rough ("Plaintiff") and Defendant Costco Wholesale Corporation ("Defendant") (together, the "Parties") submit this Stipulation for Dismissal Pursuant to Rule 41 of the Federal Rules of Civil Procedure.

WHEREAS, Plaintiff filed an individual and putative class action complaint against Defendant on May 28, 2019 in the Superior Court of the State of California, County of Solano entitled *Megan Rough v. Costco Wholesale Corporation*, case number FCS053454, which was removed by Defendant to the United States District Court, Eastern District of California, establishing matter *Megan Rough v. Costco Wholesale Corporation*, case number 2:19-cv-01340-MCE-DB;

WHEREAS, this Court issued an order on September 28, 2021, denying class certification and granting Costco's motion for partial summary judgment;

WHEREAS, on September 18, 2023, the Parties participated in a Settlement Conference with the Honorable Carolyn K. Delaney of the above-entitled Court, which resulted in a settlement, and the Parties subsequently executed a written settlement agreement;

WHEREAS, the settlement agreement provides that within 30 days following the signing of the settlement agreement, Plaintiff shall dismiss this action with prejudice in its entirety as to all claims.

THEREFORE, the Parties stipulate and agree as follows:

*Megan Rough v. Costco Wholesale Corporation*, United States District Court, Eastern District of California, case number 2:19-cv-01340-MCE-DB, will be dismissed with prejudice as to all claims, causes of action, and parties.

**IT IS SO STIPULATED.**

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| Dated: September 29, 2023 | | GRAHAM**HOLLIS** APC |
| | By: | */s/ Nathan J. Reese* |
| | | NATHAN REESE |
| | | Attorneys for Plaintiff |
| | | MEGAN ROUGH |
| Dated: September 28, 2023 | | SEYFARTH SHAW LLP |
| | By: | */s/ David D. Jacobson (with permission)* |
| | | GEOFF WESTBROOK |
| | | DAVID D. JACOBSON |
| | | Attorney for Defendant |
| | | Costco Wholesale Corporation |

**ORDER**

Pursuant to the stipulation of the Parties under Rule 41 of the Federal Rules of Civil Procedure it is ORDERED as follows:

1. *Megan Rough v. Costco Wholesale Corporation*, United States District Court, Eastern District of California, case number 2:19-cv-01340-MCE-DB, is DISMISSED with prejudice as to all claims, causes of action, and parties.

2. The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated: October 4, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE